402

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of wood charcoal briquettes similar in all material respects to those the subject of *Britton & Company* v. *United States* (41 Cust. Ct. 64, C.D. 2021), the claim of the plaintiff was sustained.

**No. 63120.**—The Dayton Company v. United States, protests 185694–K, etc. (Minneapolis).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the items of merchandise marked with the letter "A" were held dutiable as follows: (a) As to the items entered, or withdrawn from warehouse, for consumption prior to May 28, 1950, at 20 percent under paragraph 1547(a) ; and (b) as to items entered, or withdrawn from warehouse, for consumption on and after May 28, 1950, at 10 percent under said paragraph 1547(a), as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T.D. 52373), supplemented by Presidential proclamation (T.D. 52476).

**No. 63121.**—B. Altman & Co. et al. v. United States, protests 326553–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiffs was sustained.

**No. 63122.**—Abels Wasserberg & Co., Inc. v. United States, protest 58/16868 (New York).

Opinon by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

**No. 63123.**—Wm. A. Hausman Co. et al. v. United States, protests 237005–K, etc. (Seattle).